JOHN R. HAWLEY
Nevada Bar No. 1545
Winner & Booze
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
jhawley@winnerfirm.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VANDY CARMINA FIGUEROA, individually; and ANGEL CELSO ESCOBEDO, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY, a Foreign corporation, and DOES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:26-CV-02603<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COMES NOW Plaintiffs VANDY CARMINA FIGUEROA and ANGEL CELSO ESCOBEDO by and through their attorney of record, Bryan Boyack of Boyack Law Group and Defendant CSAA GENERAL INSURANCE COMPANY by and through their attorney of record, John R. Hawley of Winner & Booze hereby stipulate and agree that the claims of Plaintiffs VANDY CARMINA FIGUEROA and ANGEL CELSO ESCOBEDO be dismissed with prejudice and each party to bear their own costs and attorney's fees.

Dated: October ___, 2026

BOYACK LAW GROUP

/s/ #13677
Bryan A. Boyack, Nevada Bar No. 9980
707 Village Center Circle, Suite 100
Las Vegas, Nevada 89134
Bryan@BoyackLawGroup.com
*Attorneys for Plaintiffs*

**WINNER & BOOZE**

/s/
John R. Hawley, Nevada Bar No. 1545
1117 South Rancho Drive
Las Vegas, Nevada 89102
jhawley@winnerfirm.com
*Attorney for Defendant*

WINNER & BOOZE

**IT IS HEREBY ORDERED** that the claims of Plaintiffs Vandy Carmina Figueroa and Angel Celso Escobedo are **DISMISSED with prejudice**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is kindly directed to close this case.

**DATED** this 20 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

WINNER & BOOZE